**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | July 04, 2024 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0926581498 | July 02, 2024 | 1 of 1 |
| | | **DATE OF BIRTH** |

XIAOBIN XIN
106 OKRA
IRVINE, CA 92618

**PAYMENT INFORMATION:**

Application/Petition Fee: $800.00
Total Amount Received: $800.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| Department of Homeland Security | (800)375-5283 |
| Vermont Service Center | |
| 38 River Rd | |
| Essex Junction, VT 05479-0001 | |




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | July 04, 2024 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-290B, Notice of Appeal or Motion | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0926581497 | July 02, 2024 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

QI ZHU
106 OKRA
IRVINE, CA 92618

Application/Petition Fee: $800.00
Total Amount Received: $800.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
Department of Homeland Security
Vermont Service Center
38 River Rd
Essex Junction, VT 05479-0001

**USCIS Contact Center Number:**
(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21