May 31, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92677-0590

**U.S. Citizenship and Immigration Services**

QI ZHU
106 OKRA
IRVINE, CA 92618


WAC2390085255


A242-163-190

RE: QI ZHU
I-485, Application to Register Permanent Residence or Adjust Status

## DECISION

On May 26, 2023, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, seeking benefits under section 245 of the Immigration and Nationality Act as the dependent of a principal alien applicant.

Section 245 of the Act provides, in part:

> (a) The status of an alien who was inspected and admitted or paroled into the United States ... may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if (1) the alien makes an application for such adjustment, (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application is filed.

You are filing for adjustment of status as a derivative relative of a principal alien. A derivative's eligibility for benefits is contingent upon the principal's eligibility. The principal alien's adjustment application was denied. Since the principal alien's adjustment application was denied, you are no longer eligible to adjust status as a derivative alien. Therefore, the application is denied.

There is no appeal to this decision. However, pursuant to 8 C.F.R. 103.5, a motion can be filed on Form I-290B. Such motion must be accompanied by the proper fee and filed within 30 days of this notice. You may telephone 1-800-375-5283 or TTY 1-800-767-1833 for any questions concerning immigration services and benefits.

Tracy Tarango
Director

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

May 31, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92677-0590

**U.S. Citizenship and Immigration Services**

XIAOBIN XIN
106 OKRA
IRVINE, CA 92618

WAC2390085261

RE: XIAOBIN XIN
I-485, Application to Register Permanent Residence or Adjust Status

A216-022-588

## DECISION

On May 26, 2023, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, seeking benefits under section 245 of the Immigration and Nationality Act.

Section 245 of the Act provides, in part:

> (a) The status of an alien who was inspected and admitted or paroled into the United States … may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if…the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence …

8 C.F.R. 245.2(a)(2)(i)(A) states, in part:

> An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act…

8 C.F.R. 245.1(g)(1) further states, in part:

> An alien is ineligible for the benefits of section 245 of the Act unless an immigrant visa is immediately available to him or her at the time the application is filed. . . .

An immigrant visa must be immediately available to an adjustment applicant. A visa becomes available subsequent to the approval of a visa petition filed on your behalf. Such approval must remain valid until the time when the adjustment application is adjudicated.

USCIS has issued a denial on the underlying Form I-526 IOE8032736892 and a notice was sent to the petitioner under a separate cover. Since you are no longer the beneficiary of a valid, unexpired visa petition, a visa is not immediately available to you. Therefore, the application is denied.

There is no appeal to this decision. However, pursuant to 8 C.F.R. 103.5, a motion can be filed on Form I-290B. Such motion must be accompanied by the proper fee and filed within 30 days of this

(COURTESY COPY)   CSCI485CSCI48000029141720         1 of 2                                  www.uscis.gov

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

notice. You may telephone 1-800-375-5283 or TTY 1-800-767-1833 for any questions concerning immigration services and benefits.

Tracy Tarango
Director