Allen Yueh Wen Tsai (CA Bar Number: 314596)
allen.tsai@dtlaws.com
DT Law Corporation,
7700 Irvine Center Drive Suite 800
Irvine, CA 92618
(949)466-5237
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Xiaobin Xin, Qi Zhu

Plaintiff(s),

v.

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, See the face of the complaint

Defendant(s).

CASE NUMBER

8:24-cv-02329-DOC-ADS

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

12/13/2024
*Date*

/s/Allen Yueh Wen Tsai
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a)*: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c)*: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.