Allen Yueh Wen Tsai (CA Bar Number: 314596)

allen.tsai@dtlaws.com

DT Law Corporation,

7700 Irvine Center Drive Suite 800

Irvine, CA 92618

(949)466-5237

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **Xiaobin Xin, Qi Zhu**<br><br>　　**Plaintiffs,**<br>　　v.<br><br>**ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; **MERRICK GARLAND**, Attorney General of the United States, in his official capacity as well as his successors and assigns; **UR MENDOZA JADDOU**, Director, U.S. Citizenship and Immigration Services, in her official capacity, as well as her successors and assigns; **LAURA B. ZUCHOWSKI**, Director of USCIS Vermont Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, in her official capacity, as well as her successors and assigns,<br><br>　　**Defendants.** | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR WRIT OF MANDAMUS**<br><br>**CIVIL ACTION NO. 8:24-cv-02329-DOC-ADS**<br><br>**AGENCY CASE NO: IOE 0926581498，IOE0926581497 (I-290B)**<br><br>**REQUEST FOR ORAL ARGUMENT** |

**<u>COMPLAINT FOR DECLARATORY AND INJUNCTIVE<br>RELIEF AND FOR WRIT OF MANDAMUS</u>**

Plaintiffs Xiaobin Xin and Qi Zhu, through their undersigned counsel, allege as follows: